No. 73–5920. BOOTH v. MARYLAND. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5961. ROSS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5988. KIMES v. WOLFF. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6200. SCARBOROUGH v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1196. STATE OF MARYLAND COMMISSION ON HUMAN RELATIONS ET AL. v. UNITED PARCEL SERVICE. Ct. App. Md. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.